IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **WILKE WINDOW & DOOR COMPANY, INC.,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. **05-371-DRH** |
| **PEABODY COAL COMPANY**, | ) ) | |
| Defendant. | ) ) | |

### ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion to Compel. **(Doc. 19)**.

Plaintiff served discovery requests on defendant on September 13, 2005. Defendant has not responded to those requests. The letters between counsel that are attached to the motion suggest that defendant's attorney took the position that Defendant did not have to answer the discovery requests because they were "late." Presumably this means that they were not served by the date set in the scheduling order for service of initial written discovery. However, Defendant apparently did not serve objections raising that point.

Objections not stated within thirty days are waived. **See, Fed.R.Civ.P. 33(b)(4)**.

Upon consideration and for good cause shown, plaintiff's Motion to Compel **(Doc. 19) is GRANTED.** Defendant Peabody Coal Company is ordered to answer plaintiff's interrogatories and to produce the documents requested by plaintiff on or before **November 14, 2005.**

**IT IS SO ORDERED.**

**DATE: November 3, 2005.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**