# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**WILKE WINDOW & DOOR COMPANY,**

    **Plaintiff,**

**ILLINOIS MINE SUBSIDENCE**
**INSURANCE FUND,**

    **Intervening Plaintiff,**

**v.**                                           **CIVIL ACTION NO.  05-CV-371 DRH**

**PEABODY COAL COMPANY**,

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on summary judgment motions filed by the parties.

**IT IS ORDERED AND ADJUDGED** that Peabody's Motion for Summary Judgment is **GRANTED** and Plaintiffs' Motion for Summary Judgment and Motion for Partial Summary Judgment are **DENIED AS MOOT**.  Summary Judgment is entered in favor of Defendant

**PEABODY COAL COMPANY** and against Plaintiffs **WILKE WINDOW & DOOR COMPANY** and **ILLINOIS MINE SUBSIDENCE INSURANCE FUND.**-------------------------

                                             **NORBERT G. JAWORSKI, CLERK**

March 27, 2007.                                    BY:   /s/Patricia Brown
                                                                                           Deputy Clerk

APPROVED:/s/   David   RHerndon
                    **U.S. DISTRICT JUDGE**