IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS


**WILKE WINDOW & DOOR COMPANY,**

    **Plaintiff,**

**ILLINOIS MINE SUBSIDENCE
INSURANCE FUND,**

    **Intervening Plaintiff,**

**v.**

**PEABODY COAL COMPANY,**

    **Defendant.**                                     **Case No. 05-cv-371-DRH**


## ORDER

**HERNDON, District Judge:**

    In a Mandate (Doc. 71), dated April 9, 2008,[1] the Seventh Circuit reversed the Court's Order (Doc. 53) granting summary judgment in favor of defendant Peabody Coal Company and remanded the case for further proceedings consistent with the appellate court's opinion. Therefore, the Court hereby refers the matter to United States Magistrate Judge Proud in order to set a conference between

---

[1] Filed on the Court's docket on May 21, 2008.

the parties to discuss status, scheduling order issues and to explore the possibility of settlement.

**IT IS SO ORDERED**.

Signed this 11th day of June, 2008.

/s/     David R Herndon

**Chief Judge
United States District Court**