IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMBROSIA LAND INVESTMENTS, LLC,**

    **Plaintiff,**

**ILLINOIS MINE SUBSIDENCE INSURANCE FUND,**

    **Intervening Plaintiff,**

**v.**

**PEABODY COAL COMPANY,**

    **Defendant.**                                              Case No. 05-cv-371-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is defendant Peabody Coal Company, LLC's Motion for Substitution of Name of Party (Doc. 80). While this case was pending appeal, the Seventh Circuit entered an Order substituting Heritage Coal Company, LLC as the name of the party defendant in the matter. Thus, Defendant asks this Court to do the same. Accordingly, said Motion (Doc. 80) is **GRANTED**. Heritage Coal Company, LLC is hereby substituted as the name of the Defendant in this suit.

    **IT IS SO ORDERED**.

    Signed this 1st day of July, 2008.

                                                  /s/     David R Herndon
                                                    **Chief Judge**
                                                    **United States District Court**