IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMBROSIA LAND INVESTMENTS, LLC,**

    **Plaintiff,**

**ILLINOIS MINE SUBSIDENCE INSURANCE FUND,**

    **Intervening Plaintiff,**

**v.**

**HERITAGE COAL COMPANY, LLC,**

    **Defendant.**                              Case No. 05-cv-371-DRH

## ORDER

**HERNDON, Chief Judge:**

      Before the Court is plaintiff Wilke Window & Door Company, Inc.'s Motion for Substitution of Name of Party (Doc. 78). The subject matter of this action concerns property, previously owned by Plaintiff, but recently transferred, sold and/or conveyed in interest to Ambrosia Land Investments, LLC. Therefore, the instant Motion seeks to substitute Ambrosia Land Investments, LLC, as the party plaintiff in this matter, as the current party in interest and successor to Wilke Window & Door Company, Inc. Accordingly, said Motion (Doc. 78) is **GRANTED**. Ambrosia Land Investments, LLC, is hereby substituted for Wilke Window & Door

Company, Inc., as Plaintiff in this suit.

**IT IS SO ORDERED**.

Signed this 1st day of July, 2008.

/s/      David R Herndon

**Chief Judge**
**United States District Court**