IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AMBROSIA LAND INVESTMENTS, LLC, f/k/a**
**WILKE WINDOW & DOOR COMPANY, INC.,**

    **Plaintiff,**

**ILLINOIS MINE SUBSIDENCE INSURANCE**
**FUND,**

    **Intervening Plaintiff,**

v.

**HERITAGE COAL COMPANY, LLC,**
**f/k/a PEABODY COAL COMPANY, LLC,**

    **Defendant.**                                Case No. 05-cv-371-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Stipulation of Dismissal (Doc. 101), filed by plaintiff, Ambrosia Land Investments, LLC, to voluntarily dismiss defendant, Heritage Coal Company, LLC. Accordingly, the Court hereby **ACKNOWLEGES** the Stipulation (Doc. 101) and thus, plaintiff Ambrosia Land Investments, LLC's Complaint, causes of action and suit herein as directed against defendant, Heritage Coal Company, LLC, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own respective costs. However, this cause, as between

intervening plaintiff Illinois Mine Subsidence Insurance Fund, and defendant Heritage Coal Company, LLC, remains pending.

**IT IS SO ORDERED**.

Signed this 26th day of November, 2008.

/s/ David R Herndon
**Chief Judge
United States District Court**