IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AMBROSIA LAND INVESTMENTS, LLC, f/k/a WILKE WINDOW & DOOR COMPANY, INC., | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| ILLINOIS MINE SUBSIDENCE INSURANCE FUND, | )<br>)<br>) |
| Intervening Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 05-CV-371-DRH |
| PEABODY COAL COMPANY, PEABODY HOLDING COMPANY, INC., PEABODY ENERGY CORP., PEABODY DEVELOPMENT COMPANY, and HERITAGE COAL COMPANY, LLC, f/k/a PEABODY COAL COMPANY, INC., | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on intervening plaintiff, Illinois Mine Subsidence Insurance Fund's motion for summary judgment and Heritage Coal Company, LLC's renewed motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated June 10, 2009, summary judgment is entered in favor of the intervening plaintiff, **ILLINOIS MINE SUBSIDENCE INSURANCE FUND**, and against the defendant, **HERITAGE COAL COMPANY, LLC., f/k/a PEABODY COAL COMPANY, INC.,** in the amount of $350,000.00, plus interest.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the order of this Court dated November 26, 2008, plaintiff, **AMBROSIA LAND INVESTMENTS, LLC, f/k/a WILKE WINDOW & DOOR COMPANY, INC'S.,** cause of action against defendant, **HERITAGE COAL COMPANY, LLC., f/k/a PEABODY COAL COMPANY, INC.,** was dismissed with prejudice.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court entered on June 3, 2005, defendants **PEABODY HOLDING COMPANY, INC., PEABODY ENERGY CORP., and PEABODY DEVELOPMENT COMPANY** were voluntarily dismissed without prejudice by the plaintiff in this case.  The Court now makes this dismissal **WITH PREJUDICE----------------**

          **JUSTINE FLANAGAN, ACTING CLERK**


         **BY:**   ***/s/Sandy Pannier***
              **Deputy Clerk**

Dated: June 10, 2009


APPROVED: /s/ *David R Herndon*
     CHIEF JUDGE
     U. S. DISTRICT COURT